1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY LEE,                              No.  2:16-cv-0838 JAM AC

12              Plaintiff,

13        v.                                   ORDER

14   BLUESTEM BRANDS, INC. d/b/a
     FINGERHUT,
15
                Defendant.
16

17

18        The parties have submitted a stipulation and proposed order for a protective order.  ECF

19   No. 11.  This matter was accordingly referred to the undersigned by E.D. Cal. R. ("Local

20   Rule") 302(c)(1).

21        The stipulation makes reference to Local Rule 79-5 which, according to the stipulation,

22   governs filing documents under seal.  However, this court has no Local Rule 79-5.  The parties

23   are directed to this court's Local Rules for information on filing documents under seal, Local

24   Rule 141, and all other matters governed by the Local Rules.  See

25   http://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.  In addition, stipulated

26   protective orders must be directed to the magistrate judge.  See Local Rule 302(c)(1).

27   ////

28   ////

1    Accordingly, IT IS HEREBY ORDERED that the stipulation and proposed order (ECF

2   No. 11) are NOT APPROVED.

3   DATED: December 16, 2016

4   _____
    ALLISON CLAIRE
5   UNITED STATES MAGISTRATE JUDGE

2