**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
BLUESTEM BRANDS, INC.
d/b/a Fingerhut

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. d/b/a FINGERHUT,<br><br>Defendant. | Case No. 2:16-cv-00838-JAM-AC<br><br>*Assigned to District Judge John A. Mendez*<br>*Referred to Magistrate Judge Allison Claire*<br><br>**JOINT STIPULATION TO CONTINUE TRIAL DATE; ORDER**<br><br>Complaint Filed: April 22, 2016<br>Trial Date: October 30, 2017 |

JOINT STIPULATION TO CONTINUE TRIAL DATE; [PROPOSED] ORDER

Plaintiff Gregory Lee ("Plaintiff") by and through his attorneys of record, and Defendant Bluestem Brands, Inc. dba Fingerhut ("Defendant") by and through their attorneys of record, hereby submit this Joint Stipulation as follows:

WHEREAS:

1. Plaintiffs filed their Complaint in this matter on April 22, 2016;

2. On August 26, 2016, the Court entered a Status (Pre-trial Scheduling) Order, which set, *inter alia*, a discovery completion date of June 2, 2017 and a trial date of October 30, 2017;

3. Since the date of the Court's Order, the parties diligently engaged in discovery, both sides having propounded and responded to written discovery;

4. Despite their efforts, the parties will not be able to complete discovery before June 2, 2017, and as a result they will not be positioned to comply with the dispositve motion-related deadlines the Court set;

5. Specifically, Plaintiff and Defendant are in the process of scheduling depositions of Plaintiff and a corporate representative of Defendant, but they have not been able to identify mutually agreeable dates prior to June 2, 2017;

6. The parties have conferred and agree that a forty-five (45) day continuance of trial and pre-trial deadlines will allow them to complete the discovery they still seek;

7. The Parties respectfully submit that, as shown by the foregoing, good cause exists for a continuance of trial and pretrial dates of this matter;

8. Based on the current trial schedules of the Parties and their counsel, the Parties respectfully request that the trial and all remaining pretrial dates be continued by at least forty-five (45) days.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The Parties to this matter, by and through their counsel of record, stipulate and request approval of the Court for the trial and all remaining pretrial dates

to be continued by at least forty-five (45) days.

DATED: May 19, 2017				KIMMEL & SILVERMAN, P.C.


						By: */s/ Rachel Rebecca Stevens*
							AMY LYNN BENNECOFF GINSBURG
							RACHEL REBECCA STEVENS
						Attorneys for Plaintiff,
						GREGORY LEE

DATED: May 19, 2017				DOLL AMIR & ELEY LLP


						By: */s/ Connie Y. Tcheng*
							HUNTER R. ELEY
							CONNIE Y. TCHENG
						Attorneys for Defendant,
						BLUESTEM BRANDS, INC.
						d/b/a Fingerhut

## **ORDER**

Having considered the Parties' Joint Stipulation to Continue the Trial and Related Deadlines in the above-entitled action, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

**IT IS SO ORDERED.**

1. The parties' joint statement summarizing law and motion practice heard by the Court to date shall be due **June 30, 2017.**
2. The discovery completion deadline shall be continued to **July 14, 2017.**
3. The dispositive motion filing date shall be **August 22, 2017.**
4. The dispositive motion hearing date shall be **September 19, 2017 at 1:30 p.m.**, with briefing deadlines calculated as set forth in Local Rule 239.
5. The parties joint pretrial statement shall be filed by **November 9, 2017.**
6. The Final Pretrial Conference shall be reset to **November 17, 2017 at 11:0 a.m.**
7. Trial in this matter shall be continued to **January 8, 2018 at 9:00 a.m.**

Dated: May 19, 2017      /s/ John A. Mendez_____
                          HON. JOHN A. MENDEZ
                          United States District Court Judge